IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Frutos, | ) No. CV 05-3838-PHX-EHC |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Joseph M. Arpaio, | ) |
| Defendant. | ) |

On June 8, 2006, Magistrate Judge Jennifer C. Guerin issued a Report and Recommendation [dkt. 6], recommending that Plaintiff's Complaint and this case be dismissed without prejudice for failure to prosecute. Plaintiff, who filed his Complaint while confined in the Maricopa County Estrella Jail, has not filed a Response or Objection. The copy of the Report and Recommendation mailed to Plaintiff at the Estrella Jail address he provided was returned to the Court stamped "No Longer in Custody." [Dkt. 7, p. 1].

Accordingly,

**IT IS ORDERED** that the Report and Recommendation [dkt. 6] is **ADOPTED**; Plaintiff's Complaint and this case are **DISMISSED** without prejudice.

DATED this 13th day of July, 2006.

*/s/ Earl H. Carroll*
Earl H. Carroll
United States District Judge